| IP | hash | Country | Region | Date | Time | TimeZone | Relatedtitle | ISP | City | DISTRICT |
|---|---|---|---|---|---|---|---|---|---|---|
| 75.20.167.48 | 90AED68D8463E8C16B369BE01E51D299465B44BA | US | Texas | 4/27/2012 | 12:18:12 | UTC | Mommy And Me 2 | SBC Internet Services | Dallas | Northern |
| 75.47.98.87 | 90AED68D8463E8C16B369BE01E51D299465B44BA | US | Texas | 6/3/2012 | 3:05:45 | UTC | Mommy And Me 2 | SBC Internet Services | Dallas | Northern |
| 99.9.94.171 | 90AED68D8463E8C16B369BE01E51D299465B44BA | US | Texas | 4/8/2012 | 12:01:51 | UTC | Mommy And Me 2 | SBC Internet Services | Euless | Northern |
| 173.57.129.188 | 90AED68D8463E8C16B369BE01E51D299465B44BA | US | Texas | 4/8/2012 | 9:33:56 | UTC | Mommy And Me 2 | Verizon Internet Services | Irving | Northern |
| 24.27.113.162 | 90AED68D8463E8C16B369BE01E51D299465B44BA | US | Texas | 4/29/2012 | 8:09:17 | UTC | Mommy And Me 2 | Road Runner | Irving | Northern |
| 70,116,135,207 | 90AED68D8463E8C16B369BE01E51D299465B44BA | US | Texas | 4/20/2012 | 6:22:42 | UTC | Mommy And Me 2 | Road Runner | Bedford | Northern |
| 66,169,175,183 | 90AED68D8463E8C16B369BE01E51D299465B44BA | US | Texas | 4/16/2012 | 9:50:19 | UTC | Mommy And Me 2 | Charter Communications | Mansfield | Northern |