UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| COMBAT ZONE CORP., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:12-CV-2550-B |
| | § | |
| JOHN/JANE DOES 1-7, | § | |
| | § | |
| Defendants. | § | |

## ORDER REFERRING MOTION

Plaintiff's Motion for Expedited Discovery filed July 27, 2012 (doc. 3) is hereby **REFERRED** to United States Magistrate Judge Renée H. Toliver for hearing, if necessary, and recommendation or determination to this Court. *See* 28 U.S.C.A. § 636(b).

Future pleadings concerning this motion shall be filed with a transmittal letter addressed to Magistrate Judge Toliver so copies can be sent directly to her without delay.

SO ORDERED.

DATED: August 1, 2012.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE