IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| COMBAT ZONE CORP., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:12-CV-2550-B |
| | § | |
| JOHN/JANE DOES 1-7, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Pursuant to the District Court's order of reference (Doc. 6), Plaintiff's *Motion for Expedited Discovery* (Doc. 3) was referred to the undersigned for recommendation or determination. After considering Plaintiff's motion and the applicable law, the motion is GRANTED.

Plaintiff has brought a case against seven unknown Defendants for copyright infringement under 17 U.S.C. § 501, *et. seq*. Specifically, Plaintiff alleges that the unnamed Defendants are jointly responsible for the unlawful reproduction and distribution of Plaintiff's "motion picture" to others over the Internet using BitTorrent file transfer protocol. (Doc. 1 at 1). Plaintiff now seeks to discover the identities of the Defendants by propounding subpoenas to Defendants' internet service providers pursuant to 17 U.S.C. § 512(h). (Doc. 3).

A copyright owner or a person authorized to act on the owner's behalf may request the clerk of any United States district court to issue a subpoena to a service provider for identification of an alleged infringer. 17 U.S.C. § 512(h). The request may be made by filing with the clerk—

(A) a copy of a notification described in subsection (c)(3)(A);

    (B) a proposed subpoena; and

    (C) a sworn declaration to the effect that the purpose for which the subpoena is sought is to obtain the identity of an alleged infringer and that such information will only be used for the purpose of protecting rights under this title.

*Id*. If the notification filed satisfies the provisions of subsection (c)(3)(A), the proposed subpoena is in proper form, and the accompanying declaration is properly executed, the clerk shall expeditiously issue and sign the proposed subpoena and return it to the requester for delivery to the service provider. *Id*. The subpoena shall authorize and order the service provider receiving the notification and the subpoena to expeditiously disclose to the copyright owner or person authorized by the copyright owner information sufficient to identify the alleged infringer of the material described in the notification to the extent such information is available to the service provider. *Id*.

    Here, the notification satisfies the provisions of subsection (c)(3)(A), the proposed subpoenas are in proper form, and the accompanying declaration is properly executed. Accordingly, Plaintiff's motion (Doc. 3) is GRANTED, and the subject subpoenas may be delivered to the listed service providers.

    Any other requested relief not expressly granted is DENIED.

    **SO ORDERED** on August 22, 2012.

_____
RENEE HARRIS TOLIVER
UNITED STATES MAGISTRATE JUDGE